UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cv-204

| | | |
|---|---|---|
| MACARTHUR SHOPPING CENTER, LLC, | ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| AFSHIN G. GHAZI, | ) ) | |
| Defendant. | ) ) ) | |

On September 13, 2006, the magistrate judge issued a Memorandum and Recommendation in the present case recommending that Defendant Macarthur's Motion to Dismiss be denied. (Doc. No. 15). The parties were advised that objections were to be filed in writing within ten days after service of the magistrate judge's decision. The deadline for filing objections has passed without any party filing objections in this matter. After a careful review of the Memorandum and Recommendation, the Court finds that the magistrate judge's proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the magistrate judge's recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. No. 6) be **DENIED.**

Signed: January 24, 2007

Robert J. Conrad, Jr.
Chief United States District Judge